COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Derek Renee Sosa v. The State of Texas

Appellate case number:   01-14-00157-CR

Trial court case number: 1368317

Trial court:             262nd District Court of Harris County

On December 4, 2014, appellee, The State of Texas, filed a "Motion to Seal or Strike Appellant's Brief," asserting that the brief of appellant, Derek Renee Sosa, discloses the name of a sexual assault victim under the age of 17. *See* TEX. CODE CRIM. PROC. ANN. art. 57.02(h) (West Supp. 2014).

We grant the motion in part and STRIKE Appellant's Brief, filed on October 6, 2014, and ORDER appellant to file a corrected brief that does not disclose the victim's name or other identifying information. *See* TEX. CODE CRIM. PROC. ANN. art. 57.02(h) (West Supp. 2014). Appellant's corrected brief is due to be filed with this Court by no later than Monday, **December 22, 2014**.

The striking of appellant's brief and the filing of appellant's corrected brief does not modify any deadlines in this appeal.

It is so ORDERED.


Judge's signature: /s/ Jim Sharp
                   ☑ Acting individually     ☐ Acting for the Court


Date: December 11, 2014